# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00396-CV

---

**Shattuck LLC, Appellant**

**v.**

**Mary Kleypas, as Independent Executor and as Beneficiary of the Estate of
Gregory K. Shattuck, Deceased, Appellee**

---

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-20-001014, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Shattuck LLC has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed on Appellant's Motion

Filed: November 20, 2020